**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| Harold Odell Holt, Jr.    SSN: xxx-xx-6005 | ) | |
| Annette Burns Holt    SSN: xxx-xx-7606 | ) | |
| 290 Zion Church Road | ) | |
| Sanford, NC 27330 | ) | |
| | ) | |
| | ) | Case No. B-21-80083 C-13D |
| | ) | |
| | ) | |
| | ) | |
| Debtors | ) | |

NOTICE OF PLAN AND TIME FOR FILING OBJECTION THERETO

1. The plan filed by the Debtors on 3/5/2021, Docket No. 2 ("Proposed Plan"), will be confirmed without a hearing after the time period for filing objections has expired unless a timely objection is filed or the Court issues a further notice of hearing on confirmation.

2. If a timely objection is filed, a **telephonic hearing** on the objection to confirmation and on confirmation of the Proposed Plan will be held on 6/17/2021, at 9:30 a.m. **In the event a hearing is to be held, to participate in the hearing, parties are instructed to dial 877-873-8017 and provide access code 9674126 when prompted to do so**. The party objecting must participate at the hearing.

3. Written, detailed objections must be filed at least **seven (7)** days before the date set for hearing on confirmation. Any objection must be filed with the Clerk of Court via CM/ECF or at U.S. Bankruptcy Court, P.O. Box 26100, Greensboro, NC, 27420-6100, with copies served on (1) Richard M. Hutson II, 3518 Westgate Drive Suite 400, Durham, NC 27707; (2) the Attorney for the Debtors; and (3) the Debtors. If the objecting party is a business entity other than a sole proprietorship, the objection must be filed by legal counsel admitted to practice in this Court.

4. The Debtors and the Attorney for the Debtors are required to appear at any hearing on confirmation.

5. Any order confirming the plan will be served on all parties.

DATE: April 29, 2021                                            Office of the Clerk
                                                                Reid Wilcox, Clerk